

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

United States District Court
Northern District of California

Re:   Mangano et al v. Apple, Inc.

USDC Case Number:   1:17-cv-09178

MDL Number:   2827

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 4/18/2018**:**

☒  Was electronically transmitted to: Northern District of California

☐  Paper documents sent via certified mail:

                                              Sincerely.
                                              Thomas G. Bruton, Clerk

                                              By:     /s/ Emily Wall
                                                      Deputy Clerk

Enclosures

**New Case No.** _____          **Date** _____

cc:     Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016